CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ANDREW N. KOHN (SBN: 166385)
akohn@pettitkohn.com
PETTIT KOHN INGRASSIA LUTZ & DOLIN PC
11622 EI Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
Attorneys for Defendant
Burger Lounge III, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>BURGER LOUNGE III, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:19-CV-10011-FMO-JPR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 08, 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: July 08, 2020          PETTIT KOHN INGRASSIA LUTZ & DOLIN PC

By: /s/ Andrew N. Kohn
    Andrew N. Kohn
    Attorneys for Defendant
    Burger Lounge III, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Andrew N. Kohn, counsel for Burger Lounge III, LLC, and that I have obtained Mr. Kohn's authorization to affix his electronic signature to this document.

Dated: July 08, 2020             CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff